UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MARTIN DIAZ-AMEZCUA,

                Petitioner,

v.

MATTHEW G WHITAKER, et al.,

                Respondents.

Case No. C19-0001-BJR-MAT

ORDER SETTING BRIEFING SCHEDULE

Judge Rothstein has re-referred this action to the undersigned for further proceedings on the merits of petitioner's claims. (Dkt. 12.) **Within 30 days**, the Government shall file a habeas return addressing the merits of petitioner's claims, which it shall note for consideration as a fourth Friday motion. *See* Local Rules W.D. Wash. LCR 7. The parties shall submit response and reply briefs in accordance with the Local Rules.

The Clerk is directed to send copies of this order to the parties and to the Honorable Barbara J. Rothstein.

Dated this 24th day of September, 2019.

Mary Alice Theiler
United States Magistrate Judge

ORDER SETTING BRIEFING
SCHEDULE - 1