UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MARTIN DIAZ-AMEZCUA,

    Petitioner,

v.

MATTHEW G. WHITAKER,

    Respondent.

Case No. C19-1-BJR-MAT

MINUTE ORDER

The following Minute Order is made at the direction of the Court, the Hon. Mary Alice Theiler, United States Magistrate Judge:

On January 2, 2019, the Court entered an order temporarily staying petitioner's removal. (Dkt. 2.) On September 9, 2019, the Court denied the Government's motion to dismiss and assumed jurisdiction over this action. (Dkt. 12.) On September 24, 2019, the Court granted the Government 30 days to file a habeas return addressing the merits of petitioner's claims. (Dkt. 13.) On October 23, 2019, petitioner filed a motion to voluntarily dismiss this action as moot. (Dkt. 14.) His motion, however, does not address whether the stay of removal should be lifted or should continue beyond the termination of this lawsuit. Accordingly, **by November 13, 2019**, the parties shall meet and confer and file a joint submission addressing the stay of removal. The Clerk shall

MINUTE ORDER - 1

1  RE-NOTE the motion to dismiss (Dkt. 14) for November 13, 2019, and send copies of this Order
2  to the parties.
3      Dated this 29th day of October, 2019.

                                  By: s/ Tomas Hernandez
                                            Deputy Clerk