UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARTIN DIAZ-AMEZCUA,<br><br>                    Petitioner,<br><br>    v.<br><br>MATTHEW G WHITAKER, et al.,<br><br>                    Respondents. | Case No. C19-0001-BJR<br><br>ORDER OF DISMISSAL |

Having reviewed the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge and the remaining record, the Court finds and ORDERS:

(1) The Court ADOPTS the Report and Recommendation;

(2) Petitioner's motion for voluntary dismissal (Dkt. 14) is GRANTED, and this action is DISMISSED without prejudice and without an award of fees or costs to either party;

The temporary stay of removal (Dkt. 2) is VACATED; and

(3) The Clerk is directed to send copies of this Order to the parties and to Judge Theiler.

Dated this 22nd day of November, 2019.

*Barbara J. Rothstein*
Barbara Jacobs Rothstein
U.S. District Court Judge

ORDER OF DISMISSAL - 1